UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SANCHEZ, JR., 1138481,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>Defendant(s). | Case No. 22-cv-01482-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 2) |

On April 18, 2022, the post office returned the court's mail to plaintiff as undeliverable, ECF No. 6, and a subsequent search for plaintiff on the San Mateo County inmate locator showed that he is no longer in custody at the Maguire Correctional Facility in Redwood City, California. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

But based solely on plaintiff's affidavit of poverty, his application to proceed in forma pauperis under 28 U.S.C. § 1915 (ECF No. 2) is GRANTED.

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 22, 2022

_____
CHARLES R. BREYER
United States District Judge